UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Nathan A. Ward, Joe Pisciotti, Cameron Bopp, Tyneisha Ferguson, and John Kraljevich, | CASE NO.: 5:22CV885<br>CASE NO.: 5:22CV1151<br>CASE NO.: 5:22CV1523<br>CASE NO.: 5:22CV1547<br>CASE NO.: 5:22CV1549 |
| Plaintiffs, | |
| | JUDGE JOHN ADAMS |
| J.M. Smucker Company, | **ORDER** |
| Defendants. | |

On September 9, 2022, the parties were ordered to show cause why these matters should not be consolidated. No party opposed consolidation.

Counsel shall file all pleadings and documents pertaining to any of these consolidated matters ONLY under case number 5:22CV885 and NOT in the other individually filed matters, 5:22CV1151, 5:22CV1523, 5:22CV1547, and 5:22CV1549. Any filing occurring in these other matters shall be stricken by the Court.

Based upon the order of consolidation, case numbers 5:22CV1151, 5:22CV1523, 5:22CV1547, and 5:22CV1549 are hereby administratively CLOSED. The clerk shall add the plaintiffs and their counsel from 5:22CV1151, 5:22CV1523, 5:22CV1547, and 5:22CV1549 to the docket in 5:22CV885 to facilitate future filings.

IT IS SO ORDERED.

DATED: September 29, 2022    　　/s/ John R. Adams　　　
　　　　　　　　　　　　　　　JUDGE JOHN R. ADAMS
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE