UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Nathan A. Ward, Joe Pisciotti, Cameron Bopp, Tyneisha Ferguson, and John Kraljevich, | ) ) ) ) ) ) | CASE NO.:  5:22CV885 |
| Plaintiffs, | ) ) ) | |
| | ) ) | JUDGE JOHN ADAMS |
| J.M. Smucker Company, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

Consistent with the Court's oral pronouncement during the initial case management conference, Plaintiffs shall file a consolidated complaint in this matter by no later than January 2, 2023. Defendant shall file any motion to dismiss this complaint by no later than February 3, 2023. Plaintiffs shall oppose any such motion by March 7, 2023, and any reply shall be filed by March 21, 2023.  Formal discovery will not commence at this time, but the parties are free to informally exchange information.

IT IS SO ORDERED.

DATED: November 16, 2022     /s/ *John R. Adams*
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE