# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES C. MULLINS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>THE J. M. SMUCKER COMPANY,<br><br>　　　　Defendant.<br><br>NAYTHAN A. WARD et al., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>THE J. M. SMUCKER COMPANY,<br><br>　　　　Defendant. | 5:22-cv-00885-JRA<br><br>CONSOLIDATED<br><br>**Defendant The J. M. Smucker Company's Supplemental Motion to Dismiss Plaintiff Mullins' Class Action Complaint**<br><br>Honorable John R. Adams<br><br>Oral Argument Requested |

## DEFENDANT'S SUPPLEMENTAL MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), 12(b)(6), 12(f), and 23(b), and Civil Local Rule 7.1, Defendant the J. M. Smucker Company ("Defendant") hereby moves this Court for an Order dismissing Plaintiff Mullins' Class Action Complaint.  This motion is based upon the law, argument, and rationale set forth in the accompanying Suggestions in Support of this Motion to Dismiss.

Dated: July 21, 2023

Respectfully submitted,
/s/Ronald Y. Rothstein

Ronald Y. Rothstein (*pro hac vice*)
Sean H. Suber (*pro hac vice*)
Lisa M. Coutu (*pro hac vice forthcoming*)
Annie R. Steiner (*pro hac vice*)
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
RRothste@winston.com
SSuber@winston.com
LCoutu@winston.com
ASteiner@winston.com

*Counsel for Defendant*
*The J.M. Smucker Company*