UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Naythan A. Ward, et al., | ) CASE NO. 5:22CV885 |
| Plaintiffs, | ) |
| v. | ) Judge John R. Adams |
| | ) JUDGMENT ENTRY |
| J.M. Smucker Company, | ) |
| Defendant. | ) |

For the reasons set forth in the Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the complaint is hereby DISMISSED.

IT IS SO ORDERED.

April 10 ,2024                                     /s/John R. Adams
Date                                                   Judge John R. Adams
                                                           United States District Court